# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

**A. John P. Mancini**
Direct Tel +1 212 506 2295
Direct Fax +1 212 849 5895
jmancini@mayerbrown.com

**BY ECF**

November 3, 2014

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Nespresso USA, Inc. v. HiLine Coffee Company, Inc.*,
    No. 14-CV-3292 (SHS)

Dear Judge Stein:

We represent Plaintiff Nespresso USA in the above-referenced proceeding. We write with the consent of all parties to inform the Court that the parties have amicably resolved their differences and agreed to dismiss the above-captioned proceeding, pursuant to the terms of a Confidential Settlement Agreement, executed as of October 31, 2014. Accordingly, the parties has concurrently filed the attached STIPULATION AND ORDER on ECF and respectfully request that the Court so order the same.

We thank the Court for its time and consideration.

Sincerely,

*[signature]*

A. John P. Mancini

cc:   Counsel of Record